UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 98-D-2286 (BNB)

LARRY T. BASS,

Plaintiff,

v.

WILLIAM T. RICHARDS, Sheriff; RUSSELL HEBERT, Undersheriff, TIM EVANS, Deputy Sheriff; and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARCHULETA, STATE OF COLORADO,

Defendants.
_____

**ORDER**
_____

THIS MATTER, coming before this Court on the Plaintiff's Unopposed Motion for Certification of Judgment for Registration in Another District, filed September 1, 2005, and the Court understanding that Defendants do not oppose this Motion, and further having reviewed the applicable law, the case file, and being otherwise fully advised in the premises, it is;

ORDERED that Plaintiff's Unopposed Motion for Certification of Judgment for Registration in Another District, filed September 1, 2005, is **GRANTED** and the Clerk of the Court is hereby directed to certify the June 29, 2005 Judgment for registration in a foreign district.

Dated: September 2, 2005

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge