UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-2286-WYD-BNB

LARRY T. BASS,

Plaintiff,

v.

WILLIAM T. RICHARDS, Sheriff;
RUSSELL HEBERT, Undersheriff,
TIM EVANS, Deputy,

Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     The Motion of Plaintiff Bass Pursuant to F.R.A.P. 10(b)(3)(c) filed September 22, 2005, is **DENIED AS MOOT**. Defendants' response to Plaintiff's motion indicates that they ordered the portion of the transcript requested in Plaintiff's motion and that no action is necessary by the Court.

     Dated: September 26, 2005

                                                           s\ Sharon Shahidi
                                                           Law Clerk to
                                                           Wiley Y. Daniel
                                                           U.S. District Court