UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-2286-WYD-BNB

LARRY T. BASS,

Plaintiff,

v.

WILLIAM T. RICHARDS, Sheriff;
RUSSELL HEBERT, Undersheriff,
TIM EVANS, Deputy,

Defendants.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Leave to File Sur-Reply In Opposition to Motion for Stay Pending Appeal, filed November 3, 2005, is **GRANTED**.

    Dated:  November 4, 2005

                                               s\ Michelle M. Merz
                                               Law Clerk to
                                               Wiley Y. Daniel
                                               U.S. District Court