UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 98-D-2286 (BNB)

LARRY T. BASS,

Plaintiff,

v.

WILLIAM T. RICHARDS, Sheriff; RUSSELL HEBERT, Undersheriff, TIM EVANS, Deputy Sheriff; and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARCHULETA, STATE OF COLORADO,

Defendants.
_____

## ORDER
_____

THIS MATTER comes before the Court on Defendants' Motion to Reconsider Denial of Stay, filed November 28, 2005.  Upon consideration of the Motion and review of the file the Court finds no merit to the arguments raised in the Motion.  Accordingly, it is,

ORDERED that Defendants' Motion to Reconsider Denial of Stay, filed November 28, 2005, is **DENIED.**  It is

FURTHER ORDERED that Plaintiff shall disregard the Court's Minute Order of November 29, 2005.

Dated: November 29, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel

U. S. District Judge